UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                    Case No. 2:15-cr-78-FtM-99MRM

JUAN JOSE ACEVES
_____

### FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for a Final Judgment of Forfeiture for a "Jennings Nine" .9 millimeter semi-automatic handgun, serial no. 1378510 manufactured by Bryco Arms and magazine containing 11 rounds of live .9 millimeter ammunition.

On November 17, 2016, the Court entered a Preliminary Order of Forfeiture for the firearm and ammunition described above, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).  Doc. 31.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the firearm and ammunition on the official government website, www.forfeiture.gov, from November 19, 2016 through December 18, 2016.  Doc. 32.  The publication gave notice to all third parties with a legal interest in the firearm and ammunition to file with the Clerk of Court, U.S. Federal Courthouse and Federal Building, 2110 First Street, Room 2-194, Fort Myers, FL 33901, a

petition to adjudicate their interest within 60 days of the first date of publication. No third party has filed a petition or claimed an interest in the firearm and ammunition, and the time for filing such petition has expired.

Accordingly, it is hereby:

**ORDERED**:   The United States' motion is GRANTED.

It is **FURTHER ORDERED** that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the firearm and ammunition identified above is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the firearm and ammunition is now vested in the United States of America.

**ORDERED** in Fort Myers, Florida, this 7th day of February, 2017.

**SHERI POLSTER CHAPPELL**
**UNITED STATES DISTRICT JUDGE**

Copies to: All Parties/Counsel of Record